Louisville Lumber Company, Respondent, v. Claremont E. Smith and George Dana Sessions, Appellants.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Application of Fred H. Blakeslee, Appellant, to Lay Out a Highway in the Town of Sanford, Broome County, New York, Respondent, and the Assessment of Damages Therefor.— Order unanimously affirmed, with costs.

Mary Martin, as Administratrix, etc., of Otto Martin, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

John Mauriello, an Infant, by Antonio Mauriello, His Guardian ad Litem, Respondent, v. Daily Gazette Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Fred R. Norton, as Administrator, etc., of Doris Mary Norton, Deceased, Appellant, v. John P. Cloonan, Respondent.— Order affirmed, with costs. All concurred.

The People of the State of New York ex rel. William Campbell, Respondent, v. John E. Cole, as Commissioner of Public Safety, and Others, Appellants. (No. 1.) — Order affirmed, without costs. All concurred.

The People of the State of New York ex rel. William Campbell, Respondent, v. John E. Cole, as Commissioner of Public Safety, and Others, Appellants. (No. 2.) — Order affirmed, without costs. All concurred.

The People of the State of New York, Respondent, v. William H. K. Cornelius, Appellant.— Judgment of conviction and orders affirmed. All concurred, except Howard, J., dissenting.

The People of the State of New York ex rel. The Board of Education of the City of New York, Appellant, v. Andrew S. Draper, as Commissioner, of Education of the State of New York, and William H. Maxwell, as City Superintendent of Schools of the City of New York, Respondents.— Order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Martin J. McMahon, Appellant.— Judgment of conviction unanimously affirmed.

The People of the State of New York v. The Metropolitan Surety Company. In the Matter of the Petition of the United States of America for the Use of the Crane Company v. John F. Yawger, as Receiver of the Metropolitan Surety Company.— Motion granted by default.

The People of the State of New York, Respondent, v. Edgar Barnes, Appellant.— Judgment of conviction affirmed. All concurred.

Joseph L. Roye, Respondent, v. Locust Farms Company, Appellant.— Judgment unanimously affirmed, with costs. Howard, J., not sitting.

Anna Roughan, Appellant, v. Chenango Valley Savings Bank Respondent.— Sent to Fourth Department.

Stephenson Manufacturing Company, Respondent, v. Isaac Hotaling and Others, Appellants.— Judgment unanimously affirmed, with costs.

Edward Van Ness, Respondent, v. General Electric Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.